IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDDIE SHORT, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES PAROLE | : | |
| COMMISSION, et al, | : | NO. 05-6042 |

**ORDER**

Gene E.K. Pratter, J.                                                                                                     August 22, 2006

AND NOW, this 22nd day of August, 2006, upon consideration of Eddie Short's Petition for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241, and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Petition for a Writ of Habeas Corpus is DISMISSED as MOOT;

3. A CERTIFICATE OF APPEALABILITY shall not issue in that a reasonable jurist could not conclude the Court is incorrect in denying the petition as moot.

BY THE COURT:

S/Gene E.K. Pratter
GENE E. K. PRATTER
UNITED STATES DISTRICT JUDGE